**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6317**

———————

CARROLL E. WADE,

              Petitioner - Appellant,

        v.

LARRY W. JARVIS,

              Respondent - Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    James C. Turk, Senior
District Judge.   (7:08-cv-00482-jct-mfu)

———————

Submitted:  June 18, 2009          Decided:  June 24, 2009

———————

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Carroll E. Wade, Appellant Pro Se. Joanne Virginia Frye, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carroll E. Wade seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Wade has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2